STEVEN P. COHN, ESQ. SBN 96808
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Telephone (408) 557-0300
Facsimile: (408) 557-0309

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA T. GANGI, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE BENEFIT GROUP, et al., <br><br> Defendants | Case No. C08-05085-JF <br><br> STIPULATION TO DISMISS CASE AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective counsel that this case be dismissed with prejudice.

Dated: 7/9/09

ADVOCACY CENTER FOR EMPLOYMENT LAW

By: _____
STEVEN P. COHN, ESQ.
Attorneys for Plaintiff

Dated: 6/25/09

LITTLER MENDELSON, P.C.

By: _____
STEVEN M. CRASS, ESQ.
Attorneys for Defendants, PROGRESSIVE BENEFIT GROUP, CORINNE CHARTERS, CHRISTINE PETROCELLI

**[PROPOSED] ORDER**

Having considered the foregoing stipulation,

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice.

IT IS FURTHER ORDERED that the clerk of this court be, and hereby is, directed to enter judgment forthwith in accordance with this Order.

IT IS SO ORDERED.

Dated: 7/20/09

United States District Court Judge